IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR CHARLOTTE COUNTY, FLORIDA

DESIREE GAMBLE  　　　　　　　　　　　　　　CASE NO: **23001153CA**
    Plaintiff

v.

STEPAN SADOVNIK and
SV TRUCKING LLC
    Defendant(s).

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, by and through the undersigned counsel, and sues Defendants, SV TRUCKING LLC and STEPAN SADOVNIK ("SADOVNIK") and states:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Constitution.

2. The accident which gives rise to this Complaint occurred on or about September 14, 2022 in unincorporated Charlotte County, Florida.

3. At all times relevant hereto, Plaintiff was a resident of the State of Florida, domiciled in Punta Gorda, Charlotte County, Florida.

4. At all times material hereto, Defendant, SV TRUCKING LLC, owned, operated, and maintained a business with a principal address of P.O. Box 40, Oregon City, Oregon 97045.

5. At all times relevant hereto Defendant, SADOVNIK was a resident of Oregon located at 2701 SE 136th Avenue, Portland, Oregon 97236.

6. On or about September 14, 2022, Defendant, SV TRUCKING LLC, was the owner of a 2015 freight truck with Oregon license plate number YAJU139.

7. At all times relevant SADIVNIK was operating the aforementioned freight truck with the permission and consent of Defendant, SV TRUCKING LLC.

8. This court has jurisdiction over this matter, and venue is proper because the crash occurred in Charlotte County, Florida.

9. This court has long arm jurisdiction over Defendants SADOVNIK and SV TRUCKING LLC for this incident, as the accident giving rise to this cause of action occurred in Charlotte County, Florida.

## COUNT I- NEGLIGENCE OF KEMOY KING

10. Plaintiff realleges paragraphs 1 through 9 as if fully set forth herein and further alleges:

11. On or about September 14, 2022, Plaintiff was operating a motor vehicle in unincorporated Charlotte County, Florida, traveling North on Cross Street.

12. At approximately the same time and place, Defendant, SADOVNIK negligently operated the truck described in Paragraph 6 in a manner that it collided with the vehicle Plaintiff was driving.

13. Defendant, SADOVNIK was operating the truck described in Paragraph 6, traveling East on West Olympia Avenue in Charlotte County, Florida.

14. Defendant, SADOVNIK, negligently switched lanes and entered into the lane occupied by Plaintiff's vehicle.

15. As a result, of this lane change, the freight truck operated by Defendant, SADOVNIK collided with the vehicle being operated by Plaintiff.

16. Defendant, SADOVNIK, owed a duty to Plaintiff to operate the truck in a careful and prudent manner. and he breached that duty of care when he failed to maintain his truck as to avoid colliding with the vehicle operated by Plaintiff.

17. Defendant, SADOVNIK breached this duty.

18. As a direct and proximate result of the negligent driving actions of Defendant, SADOVNIK, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in associated pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing, and the Plaintiff will suffer losses into the future.

19. Plaintiff demands a trial by jury on all issues so triable.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, SADOVNIK, together with costs, and further demands a trial by jury on all issues herein.

## COUNT II - DANGEROUS INSTRUMENTALITY DOCTRINE AS TO SV TRUCKING LLC

20. Plaintiff realleges paragraphs 1 through 19 as if fully set forth herein and further alleges:

21. At all times material hereto, Defendant, SADOVNIK, was an employee/agent of Defendant, SV TRUCKING LLC.

22. On or about September 14, 2022, Defendant, SV TRUCKING LLC, voluntarily entrusted the truck described in paragraph 6 above to Defendant, SADOVNIK, who operated said truck within the course and scope of his employment as an agent or employee of Defendant, SV TRUCKING LLC.

23. As a direct and proximate result of the negligent driving actions of Defendant, SADOVNIK, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in associated pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition.  The losses are continuing, and the Plaintiff will suffer losses into the future.

24. Defendant, SV TRUCKING, is vicariously liable for Defendant, SADOVNIK's, negligent driving actions pursuant to the dangerous instrumentality doctrine.

25. Plaintiff demands a trial by jury on all issues so triable.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, SV TRUCKING LLC, together with costs, and further demands a trial by jury on all issues herein.

## COUNT III – RESPONDEAT SUPERIOR DOCTRINE
## AS TO SV TRUCKING LLC

26. Plaintiff realleges paragraphs 1 through 19 as if fully set forth herein and further alleges:

27. At all times material hereto, Defendant, SADOVNIK, was an employee/agent of Defendant, SV TRUCKING LLC.

28. On or about September 14, 2022, Defendant, SV TRUCKNG LLC, voluntarily entrusted the truck described in paragraph 6 above to Defendant, SADOVNIK, who

operated said truck within the course and scope of his employment as an agent or employee of Defendant, SV TRUCKING LLC.

29. As a direct and proximate result of the negligent driving actions of Defendant, SADOVNIK, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in associated pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing, and the Plaintiff will suffer losses into the future.

30. Defendant, SV TRUCKING LLC, is vicariously liable for the negligent driving actions of its employee/agent, SADOVNIK, pursuant to the respondeat superior doctrine.

31. Plaintiff demands a trial by jury on all issues so triable.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, SV TRUCKING, together with costs, and further demands a trial by jury on all issues herein.

Respectfully submitted this 23rd day of March 2023.

**FARAH & FARAH, P.A.**
*/s/ Alec L. Weber*
Alec L. Weber
Florida Bar No.: 84781
800 N Magnolia Ave, Suite 105
Orlando, FL 32803
Telephone and Facsimile: (407) 329-5054
Primary: Litigation-ORL@farahandfarah.com
Secondary: aweber@farahandfarah.com
Additional: dmarrero@farahandfarah.com
***Attorney for Plaintiff***